PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 17-2522
_____

In re: ARCTIC GLACIER INTERNATIONAL, INC., et al.
Debtors in a Foreign Proceeding

ELDAR BRODSKI ZARDINOVSKY, a/k/a Eldar Brodski,
a/k/a Eldar Brodski (Zardinovsky); EB BOOKS, INC;
EB DESIGN, INC; EB ONLINE, INC; EB IMPORTS, INC;
LAZDAR, INC; ELDAR BRODSKI, INC; Y CAPITAL
ADVISORS, INC; VALLEY WEST REALTY INC;
RUBEN BRODSKI; RUBEN BRODSKI, INC;
ESTER BRODSKI; YEHONATHAN BRODSKI,
Appellants

v.

ARCTIC GLACIER INCOME FUND; JAMES E. CLARK;
GARY A. FILMON; DAVID R. SWAINE; HUGH A. ADAMS
_____

On Appeal from the United States District Court
for the District of Delaware
(D.C. No. 1:16-cv-00617)
District Judge: Honorable Sue L. Robinson
_____

ORDER AMENDING OPINION
_____

At the direction of the Court, it is hereby O R D E R E D that the opinion entered August 20, 2018, is amended as follows: page 4, first full paragraph (lines 4-5) <the Monitor (the Canadian analogue of a trustee)> is replaced with <the Monitor (a Canadian official with some of a trustee's powers)>.

As this correction is not substantive in nature and does not alter the disposition by the Court, the original filing date of the opinion and judgment will not be altered and the judgment as filed will not be changed.

For the Court,

s/Patricia S. Dodszuweit
Clerk

Dated:  October 24, 2018